IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) AMY JO FRAZIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (1) THE CITY OF STILLWATER, ) <br> OKLAHOMA, a political subdivision ) <br> of the State of Oklahoma, ) <br> ) <br> Defendant. ) | Case No. CIV-17-556-R |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties jointly stipulate that the Plaintiff's case should be dismissed with prejudice. The parties will bear their own fees and expenses.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, Oklahoma 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail Address for service:
acg@czwlaw.com

***ATTORNEY FOR DEFENDANT***

        s/ Woodrow K. Glass
***(signed by filing attorney with permission of Woodrow K. Glass)***
Woodrow K. Glass, OBA No. 15690
WARD & GLASS, L.L.P.
1601 N.W. 36th Street, Suite 100
Norman, OK 73072
Telephone: (405) 360-9700
Facsimile: (405) 360-7902
Email at: woody@wardglasslaw.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward – via electronic mail at: rstermer@wardglasslaw.com
Woodrow K. Glass - via electronic mail at: woody@wardglasslaw.com
Barrett T. Bowers - via electronic mail at: barrett@wardglasslaw.com
Jonathan M. Irwin – via electronic mail at: jonathan@wardglasslaw.com
WARD & GLASS, L.L.P.
1601 N.W. 36th Street, Suite 100
Norman, OK 73072
***Attorneys for Plaintiff***

        s/ Ambre C. Gooch
        Ambre C. Gooch